LAWRANCE A. BOHM, (SBN 208716)
**BOHM LAW GROUP**
4600 Northgate Boulevard, Suite 210
Sacramento, CA 95834
Telephone: (916) 927-5574
Facsimile: (916) 927-2046

ERIKA M. GASPAR, (SBN 238117)
**LAW OFFICE OF ERIKA M. GASPAR**
2121 Natomas Crossing Drive, Suite 200-399
Sacramento, CA  95834
Telephone:  (916) 749-0278
Facsimile:  (916) 647-0535

Attorneys for Plaintiff
SHAUN OWENS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN OWENS,<br><br>              Plaintiff,<br><br>    v.<br><br>WALGREEN CO.; and DOES 1-100, inclusive,<br><br>              Defendant. | Case No.  2:12−CV−00419−WBS−JFM<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS AND SUBSTITUTE NEW EXHIBITS NUNC PRO TUNC** |

The Court, having considered Plaintiff's Request to Seal Documents, hereby Orders that the Exhibits submitted with Declaration of Erika M. Gaspar in support of Plaintiff's Opposition to Defendant's Motion to Dismiss, be substituted with redacted versions of the same. Good cause is found pursuant to Local Rule 140 and Federal Rules of Civil Procedure, Rule 5.2.  Exhibits A and

///

///

1

SHAUN OWENS v. WALGREEN CO.
Case No.  2:12−CV−00419−WBS−JFM
Proposed] Order Granting Plaintiff's Request To Seal
Documents And Substitute New Exhibits Nunc Pro Tunc

Lawrance A. Bohm, Esq.
Erika M. Gaspar, Esq.

1  D are hereby replaced nunc pro tunc, with their redacted versions, which now has the private

2  information obscured.

3

4  It is hereby ORDERED.

5

6  DATED:       March 27, 2012

7

8  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

2

SHAUN OWENS v. WALGREEN CO.
Case No.  2:12−CV−00419−WBS−JFM
Proposed] Order Granting Plaintiff's Request To Seal
Documents And Substitute New Exhibits Nunc Pro Tunc

Lawrance A. Bohm, Esq.
Erika M. Gaspar, Esq.