UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SHAUN OWNENS,

                          NO. CIV. 2:12-419 WBS JFM

      Plaintiff,

   v.

WALGREEN CO. and DOES 1 through
100, inclusive,

      Defendant.
_____/

----oo0oo----

STATUS (PRETRIAL SCHEDULING) ORDER

      After reviewing the parties' Joint Status Report, the
court hereby vacates the Status (Pretrial Scheduling) Conference
scheduled for May 29, 2012.

    I.   SERVICE OF PROCESS

      The named defendant has been served and no further
service is permitted without leave of court, good cause having

1

1  been shown under Fed. R. Civ. P. 16(b).

2              II.   JOINDER OF PARTIES/AMENDMENTS

3              No further joinder of parties or amendments to

4  pleadings is permitted except with leave of court, good cause

5  having been shown under Fed. R. Civ. P. 16(b).  See Johnson v.

6  Mammoth Recreations, Inc., 975 F.2d 604 (9th Cir. 1992).

7              III. JURISDICTION/VENUE

8              Jurisdiction is predicated upon diversity of

9  citizenship, 28 U.S.C. § 1332.  Venue is undisputed and is hereby

10  found to be proper.

11              IV.   DISCOVERY

12              The parties shall serve the initial disclosures

13  required by Federal Rule of Civil Procedure 26(a)(1) by no later

14  than May 31, 2012.

15              The parties have agreed to complete non-expert

16  discovery by no later than October 30, 2012.  The parties shall

17  disclose experts and produce reports in accordance with Federal

18  Rule of Civil Procedure 26(a)(2) by no later than October 1,

19  2012.  With regard to expert testimony intended solely for

20  rebuttal, those experts shall be disclosed and reports produced

21  in accordance with Federal Rule of Civil Procedure 26(a)(2) on or

22  before November 30, 2012.

23              All discovery, including depositions for preservation

24  of testimony, is left open, save and except that it shall be so

25  conducted as to be completed by December 14, 2012.  The word

26  "completed" means that all discovery shall have been conducted so

27  that all depositions have been taken and any disputes relevant to

28  discovery shall have been resolved by appropriate order if

                              2

1   necessary and, where discovery has been ordered, the order has

2   been obeyed.  All motions to compel discovery must be noticed on

3   the magistrate judge's calendar in accordance with the local

4   rules of this court and so that such motions may be heard (and

5   any resulting orders obeyed) not later than December 14, 2012.

6                V.   <u>MOTION HEARING SCHEDULE</u>

7        All motions, except motions for continuances, temporary

8   restraining orders, or other emergency applications, shall be

9   filed on or before December 28, 2012.  All motions shall be

10  noticed for the next available hearing date.  Counsel are

11  cautioned to refer to the local rules regarding the requirements

12  for noticing and opposing such motions on the court's regularly

13  scheduled law and motion calendar.

14               VI.   <u>FINAL PRETRIAL CONFERENCE</u>

15       The Final Pretrial Conference is set for March 18,

16  2013, at 2:00 p.m. in Courtroom No. 5.  The conference shall be

17  attended by at least one of the attorneys who will conduct the

18  trial for each of the parties and by any unrepresented parties.

19       Counsel for all parties are to be fully prepared for

20  trial at the time of the Pretrial Conference, with no matters

21  remaining to be accomplished except production of witnesses for

22  oral testimony.  Counsel shall file separate pretrial statements,

23  and are referred to Local Rules 281 and 282 relating to the

24  contents of and time for filing those statements.  In addition to

25  those subjects listed in Local Rule 281(b), the parties are to

26  provide the court with: (1) a plain, concise statement which

27  identifies every non-discovery motion which has been made to the

28  court, and its resolution; (2) a list of the remaining claims as

                                    3

against each defendant; and (3) the estimated number of trial days.

In providing the plain, concise statements of undisputed facts and disputed factual issues contemplated by Local Rule 281(b)(3)-(4), the parties shall emphasize the claims that remain at issue, and any remaining affirmatively pled defenses thereto.  If the case is to be tried to a jury, the parties shall also prepare a succinct statement of the case, which is appropriate for the court to read to the jury.

VII.  <u>TRIAL SETTING</u>

The trial is set for May 14, 2013, at 9:00 a.m.  The parties estimate that a jury trial will last eight court days.

VIII. SETTLEMENT CONFERENCE

A Settlement Conference will be set at the time of the Pretrial Conference.  All parties should be prepared to advise the court whether they will stipulate to the trial judge acting as settlement judge and waive disqualification by virtue thereof.

Counsel are instructed to have a principal with full settlement authority present at the Settlement Conference or to be fully authorized to settle the matter on any terms.  At least seven calendar days before the Settlement Conference counsel for each party shall submit a confidential Settlement Conference Statement for review by the settlement judge.  If the settlement judge is not the trial judge, the Settlement Conference Statements shall not be filed and will not otherwise be disclosed to the trial judge.

IX.  <u>MODIFICATIONS TO SCHEDULING ORDER</u>

Any requests to modify the dates or terms of this

4

1   Scheduling Order, except requests to change the date of the

2   trial, may be heard and decided by the assigned Magistrate Judge.

3   All requests to change the trial date shall be heard and decided

4   only by the undersigned judge.

5   DATED: May 24, 2012

6

7   _____

    WILLIAM B. SHUBB

8   UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28