1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9   SHAUN OWENS,

10          Plaintiff,                        No. CIV 2:12-cv-0419-WBS-JFM

11      vs.

12   WALGREEN CO., *et al.*,

13          Defendants.                       ORDER

14   _____/

15          Plaintiff, SHAUN OWENS, by and through his attorneys of record, Lawrance A.

16   Bohm and Erika M. Gaspar and Defendant, WALGREEN CO., by and through their attorney of

17   record Rex Darrell Berry stipulate to extend the date for disclosure of experts and reports per

18   Rule 26(a)(2) from October 1, 2012 as set out in the Court's Status (Pretrial Scheduling) Order

19   (Doc #18) until November 1, 2012, with the disclosure of expert witnesses and reports to be used

20   for rebuttal, if any, being made on or before November 30, 2012.

21   **I.    EXISTENCE OF GOOD CAUSE**

22          1.      Good cause exists in that Plaintiff's Motion to Modify the Court's Status (Pretrial

23   Scheduling) Order which will be heard on October 18, 2012, includes a request to extend the

24   date for disclosure of experts and reports until December 1, 2012. The current date for disclosure

25   of experts and reports per Rule 26(a)(2) is October 1, 2012, before the Court can rule on

26   Plaintiff's motion.

1     2.      Good cause exists in that Plaintiff has not yet completed discovery, it would

2  be difficult to provide a meaningful report. Any expert report submitted would only have to be

3  supplemented at a later date, which would defeat the purpose of the disclosure.

4     3.      Further, as neither party would be prejudiced by the requested extension of date

5  for disclosure of experts and reports per Rule 26(a)(2), counsel for the parties believe that the

6  interests of justice and efficiency would be served by an Order granting the requested extension.

7  Dated: 9/21/2012

8                                             */s/Rex Darrell Berry*

9                                             REX DARRELL BERRY, ESQ.

10                                            BERRY & BLOCK LLP

11                                            Attorneys for Defendant

12                                            WALGREEN, CO.

13  Dated: 9/21/2012

14                                            */s/Erika M. Gaspar*

15                                            LAWRANCE A. BOHM, ESQ.

16                                            ERIKA M. GASPAR, ESQ.

17                                            Attorneys for Plaintiff

18                                            SHUAN OWENS

19          IT IS SO ORDERED.

20  DATED: September 26, 2012.

21

22                                            _____
                                              UNITED STATES MAGISTRATE JUDGE
23

24  /014;owen0419.jo

25

26

2