IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAUN OWENS,

    Plaintiff,                                      No. CIV 2:12-cv-0419-WBS-JFM

vs.

WALGREEN CO., *et al.*,

    Defendants.                                ORDER

_____/

        Plaintiff, SHAUN OWENS, by and through his attorneys of record, Lawrance A. Bohm and Erika M. Gaspar and Defendant, WALGREEN CO., by and through their attorney of record Rex Darrell Berry stipulate to extend the date for disclosure of experts and reports per Rule 26(a)(2) from October 1, 2012 as set out in the Court's Status (Pretrial Scheduling) Order (Doc #18) until November 1, 2012, with the disclosure of expert witnesses and reports to be used for rebuttal, if any, being made on or before November 30, 2012.

**I.     EXISTENCE OF GOOD CAUSE**

        1.     Good cause exists in that Plaintiff's Motion to Modify the Court's Status (Pretrial Scheduling) Order which will be heard on October 18, 2012, includes a request to extend the date for disclosure of experts and reports until December 1, 2012. The current date for disclosure of experts and reports per Rule 26(a)(2) is October 1, 2012, before the Court can rule on Plaintiff's motion.

1    2.    Good cause exists in that Plaintiff has not yet completed discovery, it would
2 be difficult to provide a meaningful report. Any expert report submitted would only have to be
3 supplemented at a later date, which would defeat the purpose of the disclosure.

4    3.    Further, as neither party would be prejudiced by the requested extension of date
5 for disclosure of experts and reports per Rule 26(a)(2), counsel for the parties believe that the
6 interests of justice and efficiency would be served by an Order granting the requested extension.

7 Dated: 9/21/2012

8                    */s/Rex Darrell Berry*
9                    REX DARRELL BERRY, ESQ.
10                   BERRY & BLOCK LLP
11                   Attorneys for Defendant
12                   WALGREEN, CO.

13 Dated: 9/21/2012

14                   */s/Erika M. Gaspar*
15                   LAWRANCE A. BOHM, ESQ.
16                   ERIKA M. GASPAR, ESQ.
17                   Attorneys for Plaintiff
18                   SHUAN OWENS

19        IT IS SO ORDERED.
20 DATED: September 26, 2012.

                        UNITED STATES MAGISTRATE JUDGE

24 /014;owen0419.jo