REX DARRELL BERRY, State Bar No. 110219
BRIAN CRONE, State Bar No. 191731
BERRY & BLOCK LLP
2150 River Plaza Drive, Suite 415
Sacramento, CA  95833
(916) 564-2000
(916) 564-2024 FAX

Attorneys for Defendant
WALGREEN CO.

LAWRANCE BOHM, State Bar No. 208716
BOHM LAW GROUP
4600 Northgate Blvd., Ste 210
Sacramento, CA   95834
(916) 927-5574
(916) 927-2046 FAX

ERIKA M. GASPAR, State Bar No. 238117
LAW OFFICE OF ERIKA M. GASPAR
2121 Natomas Crossing Dr., Ste 200-399
Sacramento, CA   95834
(916) 749-0278
(916) 647-0535 FAX

Attorneys for Plaintiff
SHAUN OWENS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SHAUN OWENS, | ) Case No. 2:12-CV-00419-WBS-JFM |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **REGARDING PRETRIAL DATES** |
| | ) |
| WALGREEN CO. and DOES 1 through 100, inclusive, | ) |
| | ) |
| Defendants. | ) |

### I. STIPULATION

Pursuant to Rule 302 of the Local Rules of Court for the Eastern District of California, and this Court's May 25, 2012 Status (Pretrial Scheduling) Order, the parties hereto, Plaintiff Shaun

/ / /

---

1

**STIPULATION AND ORDER REGARDING PRETRIAL DATES**

Owens ("Plaintiff") and Defendant Walgreen Co. ("Walgreens"), by and through their undersigned counsel of record, hereby enter into the following stipulation:

1. Each party states that it has diligently pursued the litigation of this case.

2. The parties desire to explore the prospects for settlement before incurring any additional discovery or litigation expense.

3. The parties will work in good faith to resolve this case, and will select a mediator and schedule mediation at the earliest possible date if they are unable to resolve this matter promptly.

4. All depositions for which notices were served on or before September 20, 2012 shall be continued until after **December 31, 2012**, and the parties agree to extend until **February 8, 2013** the period in which those depositions must be completed.  This stipulation applies only to deposition notices served on or before September 20, 2012.  Walgreens will respond on or before **December 1, 2012** to the written discovery served by Plaintiff on September 18 and 20, 2012, as well as Plaintiff's Special Interrogatories to Defendant, Set One, served on or about April 13, 2012.  Plaintiff will respond on or before **December 1, 2012** to Defendant's *Supplemental* Interrogatory to Plaintiff, Set One and Defendant's Supplemental Request for Production of Documents, Set One.  By entering into this Stipulation and Order, no party waives any objection or position regarding any such discovery request or deposition notice.  This Stipulation and Order extends the period for discovery only with regard to the discovery requests and deposition notices specified herein.  It does not extend the time for any other discovery.

5. Notwithstanding the Court's September 26, 2012 Order granting the parties' stipulation regarding expert disclosures (Doc. No. 28), the parties agree to further extend the date for disclosure of experts and reports per Rule 26(a)(2) of the Federal Rules of Civil Procedure until **January 2, 2013**, with the disclosure of expert witnesses and reports to be used for rebuttal, if any, being made on or before **January 30, 2013**.  The parties agree that all expert discovery shall be concluded on or before **February 15, 2013**.

6. The parties agree that all motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before **February 8, 2013**, and shall be noticed for the next available hearing date.

7. The parties agree that, provided the Court approves this stipulation, Plaintiff's September 18, 2012 "Motion and Order to Modify the Court's Status (Pretrial Scheduling) Order," and all other matters noticed for October 18, 2012, may be taken off calendar.

8. The parties agree that the Pretrial Conference and Trial Date in this case are not affected by this stipulation, and shall remain scheduled for **March 18, 2013** and **May 14, 2013**, respectively.

DATED: September 28, 2012                    BERRY & BLOCK LLP

By   /s/ *Rex Darrell Berry, Esq.*
REX DARRELL BERRY
Attorneys for Defendant Walgreen Co.

DATED: September 28, 2012                    BOHM LAW GROUP

By   /s/ *Lawrence Bohm, Esq.*
LAWRENCE BOHM
Attorneys for Plaintiff Shaun Owens

DATED: September 28, 2012                    LAW OFFICE OF ERIKA M. GASPAR

By   /s/ *Erika M. Gaspar, Esq.*
ERIKA M. GASPAR
Attorneys for Plaintiff Shaun Owens

## II.   ORDER

**IT IS SO ORDERED.**

**Date: 9/28/2012**

_____
UNITED STATES MAGISTRATE JUDGE

/014;owen0419.stip2

**STIPULATION AND ORDER REGARDING PRETRIAL DATES**

# DECLARATION OF SERVICE

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in this action. I am an employee of Berry & Block LLP, and my business address is 2150 River Plaza Drive, Suite 415, Sacramento, CA 95833. On this day I caused to be served the following document(s):

**STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL DATES**

☒ by placing ☐ the original ☒ a true copy into sealed envelopes addressed and served as follows:

| **Attorney for Plaintiff** | **Attorney for Plaintiff** |
|---|---|
| Lawrance Bohm | Erika M. Gaspar |
| BOHM LAW GROUP | LAW OFFICE OF ERIKA M. GASPAR |
| 4600 Northgate Blvd., Ste 210 | 2121 Natomas Crossing Dr., Ste 200-399 |
| Sacramento, CA  95834 | Sacramento, CA  95834 |
| (916) 927-5574; Fax: (916) 927-2046 | (916) 749-0278; Fax: (916) 647-0535 |

☐ **BY MAIL:** I am familiar with this firm's practice whereby the mail, after being placed in a designated area, is given fully prepaid postage and is then deposited with the U.S. Postal Service at Sacramento, California, after the close of the day's business.

☐ **BY PERSONAL DELIVERY**: I caused such envelope to be delivered by hand.

☐ **BY OVERNIGHT COURIER:** I caused such envelope to be placed for collection and delivery in accordance with standard overnight delivery procedures for delivery the next business day.

☐ **BY FACSIMILE:** I caused such documents(s) to be transmitted by facsimile transmission from (916) 564-2024 to the person(s) and facsimile transmission without number(s) shown about. The facsimile transmission was reported as complete without error and a transmission report was properly issued by the transmitting facsimile machine. A true and correct copy of the transmission report will be attached to this proof of service after facsimile service is completed.

☒ **BY FEDERAL ELECTRONIC FILING:** I caused such document(s) to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing and copies of the document(s) to the parties.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on *September 28, 2012*, at Sacramento, California.

　　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ *Jenny O'Shaughnessy*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Jenny O'Shaughnessy