LAWRANCE A. BOHM, (SBN 208716)
**BOHM LAW GROUP**
4600 Northgate Boulevard, Suite 210
Sacramento, CA 95834
Telephone: (916) 927-5574
Facsimile: (916) 927-2046

ERIKA M. GASPAR, (SBN 238117)
**LAW OFFICE OF ERIKA M. GASPAR**
2121 Natomas Crossing Drive, Suite 200-399
Sacramento, CA 95834
Telephone: (916) 749-0278
Facsimile: (916) 647-0535

Attorneys for Plaintiff
SHAUN OWENS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN OWENS, <br><br> Plaintiff, <br><br> v. <br><br> WALGREEN CO.; and DOES 1-100, inclusive, <br><br> Defendant. | Case No. 2:12−CV−00419−WBS−JFM <br><br> **STIPULATION FOR ORDER SHORTENING TIME FOR HEARING OF PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE THE DATE OF TRIAL AND OF UNOPPOSED MOTION OF PLAINTIFF'S ATTORNEYS TO BE RELIEVED AS COUNSEL;** (~~PROPOSED~~) **ORDER** <br><br> Judge: Hon. William B. Shubb |

Plaintiff, SHAUN OWENS, by and through his attorneys of record, Lawrance A. Bohm and Erika M. Gaspar and Defendant, WALGREEN CO., by and through their attorney of record Rex Darrell Berry stipulate to an Order Shortening Time pursuant to Federal Rules of Civil Procedure Rule 6 and Local Rule 144(e) for a hearing of Plaintiff's Motion to Continue the Date

1

SHAUN OWENS v. WALGREEN CO.
Case No. 2:12−CV−00419−WBS−JFM
Stipulation For Order Shortening Time For Hearing Of
Plaintiff's Motion To Continue The Date of Trial and of
Unopposed Motion of Plaintiff's Attorneys to be
Relieved as Counsel; (Proposed) Order

Lawrance A. Bohm, Esq.
Erika M. Gaspar, Esq.

of Trial and of the Unopposed Motion of Plaintiff's Attorneys to be Relieved as Counsel, submitted herewith, to be set for **February 11, 2013 at 2:00 p.m**.

## I. EXISTENCE OF GOOD CAUSE

1. Good cause exists in Plaintiff is seeking other counsel for representation in this matter.

2. Good cause exists in that Plaintiff will be prejudiced if the motions submitted herewith are not heard on shortened time. Defendant will not be prejudiced if the motions are heard on shortened time as it does not oppose the motions and does not intend to file an opposition.

3. Good cause exists in that before the referenced matters can be heard and ruled on by this Court pursuant to Local Rule 230 and Federal Rules of Civil Procedures 78, two crucial trial-related deadlines will have passed:

- the current date for disclosure of experts and reports per Rule 26(a)(2) is February 15, 2013. (Doc. 33);
- the current deadline by which responses are due to the currently outstanding written discovery, and the deadline for completion of the pending previously noted depositions is February 25, 2013 (Doc. 33).

4. Good cause exists in that counsel for the parties believe the interests of justice and efficiency would be served by an Order granting the request to shortening time.

Dated: February 5, 2013          By:  */s/Erika M. Gaspar*
                                      LAWRANCE A. BOHM, ESQ.
                                      ERIKA M. GASPAR, ESQ.
                                      Attorneys for Plaintiff
                                      SHUAN OWENS

2

SHAUN OWENS v. WALGREEN CO.
Case No. 2:12−CV−00419−WBS−JFM
Stipulation For Order Shortening Time For Hearing Of
Plaintiff's Motion To Continue The Date of Trial and of
Unopposed Motion of Plaintiff's Attorneys to be
Relieved as Counsel; (Proposed) Order

Lawrance A. Bohm, Esq.
Erika M. Gaspar, Esq.

Dated:  February 1, 2013           By:     /s/Rex Darrell Berry
                                          REX DARRELL BERRY, ESQ.
                                          BERRY & BLOCK LLP
                                          Attorneys for Defendant
                                          WALGREEN, CO.

## ORDER

GOOD CAUSE APPEARING, the Court sets the matters for hearing as follows:

| **Motion:** | **Hearing Date & Time:** |
| --- | --- |
| Plaintiff's Unopposed Motion to Continue the Date of Trial and to Modify the Status (Pretrial Scheduling) Order | **February 11, 2013 at 2:00 p.m.** |
| Unopposed Motion of Plaintiff's Attorneys to be Relieved As Counsel. | **February 11, 2013 at 2:00 p.m.** |

**Both motions shall be filed immediately.  Counsel for plaintiff, Shaun Owens, is ordered to assure the plaintiff's appearance at the hearing on the motion to withdraw, set for February 11, 2013 at 2:00 p.m.**

IT IS SO ORDERED:

Date:       February 5, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3

SHAUN OWENS v. WALGREEN CO.
Case No. 2:12−CV−00419−WBS−JFM
Stipulation For Order Shortening Time For Hearing Of
Plaintiff's Motion To Continue The Date of Trial and of
Unopposed Motion of Plaintiff's Attorneys to be
Relieved as Counsel; (Proposed) Order

Lawrance A. Bohm, Esq.
Erika M. Gaspar, Esq.