UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SHAUN OWENS,  NO. CIV. 2:12-00419 WBS AC

      Plaintiff,  <u>ORDER</u>

  v.

WALGREEN CO. and DOES 1-100, inclusive,

      Defendants.

----oo0oo----

      This matter came on regularly for hearing on February 11, 2013, on the motion of plaintiff's counsel to withdraw and to continue the date of trial and to modify the Status (Pretrial Scheduling) Order.  Erika M. Gaspar appeared as counsel for plaintiff and Rex Berry appeared as counsel for defendant.  Plaintiff Shaun Owens was also present.  The court heard from both sides and, in an in camera hearing, personally addressed Mr. Owens.  Good cause appearing therefor, IT IS HEREBY ORDERED that plaintiff's counsel's motion to withdraw and plaintiff's motion to continue date of trial and to modify the Status (Pretrial

1

1 | Scheduling) Order be, and the same hereby, are DENIED.
2 | DATED: February 12, 2013

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE