LAWRANCE A. BOHM, (SBN 208716)
BIANCA N. SMITH, (SBN 269963)
**BOHM LAW GROUP**
4600 Northgate Blvd, Suite 210
Sacramento, CA 95834
PHONE (916) 927-5574
FAX (916) 927-2046

ERIKA M. GASPAR, (SBN 238117)
**LAW OFFICE of ERIKA M. GASPAR**
2121 Natomas Crossing Drive, Suite 200-399
Sacramento, CA 95834
Tele: (916) 749-0278
Fax: (916) 927-2046

Attorneys for Plaintiffs
SHAUN OWENS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN OWENS,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WALGREENS CO,; DOES 1-100, inclusive,<br><br>　　　　Defendant. | Case No.:  2:12-CV-00419-WBS-JFM<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**<br><br>**[FRCP 41(a)(1)(ii)]** |

**TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:**

IT IS HEREBY STIPULATED, by and between the parties, through their attorneys of record and subject to Court approval, to the following:

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), Plaintiff and Defendant WALGREENS CO. agree to the dismissal of entire action with prejudice, with all parties to bear

1

their own attorneys' fees and costs.

Dated: April 9, 2013          By:   /s/Erika M. Gaspar
                                    LAWRANCE A. BOHM, ESQ.
                                    ERIKA M. GASPAR, ESQ.

                                    Attorneys for Plaintiffs
                                    SHAUN OWENS


Date: April 9, 2013           By:   /s/Rex Darrell Berry
                                    REX DARRELL BERRY, ESQ.

                                    Attorney for Defendant
                                    WALGREEN CO.


**ORDER**

Based on the foregoing stipulation,

IT IS HEREBY ORDERED that the above-referenced matter OWENS v. WALGREEN CO., Case No. 2:12-CV-00419-WBS-JFM is dismissed in its entirety with prejudice and without an award of attorney's fees or costs to any party.

**IT IS SO ORDERED.**


Dated:   April 09, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE