LAWRANCE A. BOHM, (SBN 208716)
BIANCA N. SMITH, (SBN 269963)
**BOHM LAW GROUP**
4600 Northgate Blvd, Suite 210
Sacramento, CA 95834
PHONE (916) 927-5574
FAX (916) 927-2046

ERIKA M. GASPAR, (SBN 238117)
**LAW OFFICE of ERIKA M. GASPAR**
2121 Natomas Crossing Drive, Suite 200-399
Sacramento, CA 95834
Tele: (916) 749-0278
Fax: (916) 927-2046

Attorneys for Plaintiffs
SHAUN OWENS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN OWENS,<br><br>    Plaintiffs,<br><br>v.<br><br>WALGREENS CO,; DOES 1-100, inclusive,<br><br>    Defendant. | Case No.: 2:12-CV-00419-WBS-JFM<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**<br><br>**[FRCP 41(a)(1)(ii)]** |

**TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:**

IT IS HEREBY STIPULATED, by and between the parties, through their attorneys of record and subject to Court approval, to the following:

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), Plaintiff and Defendant WALGREENS CO. agree to the dismissal of entire action with prejudice, with all parties to bear

1

1  their own attorneys' fees and costs.

2

3  Dated: April 9, 2013          By:   /s/Erika M. Gaspar_____
4                                       LAWRANCE A. BOHM, ESQ.
                                        ERIKA M. GASPAR, ESQ.
5
                                        Attorneys for Plaintiffs
6                                       SHAUN OWENS

7

8

9  Date: April 9, 2013           By:   /s/Rex Darrell Berry_____
                                        REX DARRELL BERRY, ESQ.
10
                                        Attorney for Defendant
11                                      WALGREEN CO.

12

13

14
                                     **ORDER**
15  Based on the foregoing stipulation,

16      IT IS HEREBY ORDERED that the above-referenced matter OWENS v. WALGREEN

17  CO., Case No. 2:12-CV-00419-WBS-JFM is dismissed in its entirety with prejudice and without

18  an award of attorney's fees or costs to any party.

19      **IT IS SO ORDERED.**

20

21
    Dated:   April 09, 2013
22

23                                      _____
24                                      WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE
25

26

27

28
                                          2